USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                            :

ROGER W. KIRBY, *individually, and as sole Trustee*; THE
AUGUSTUS R. A. KIRBY 2020 REVOCABLE
TRUST; *and* THE JANE A. KIRBY 2020 REVOCABLE
TRUST,

                                     Plaintiff(s),

                    -against-

DAVID W. ZALAZNICK, *an individual*; JOHN W.
"JAY" JORDAN II, *an individual*, JZ CAPITAL
PARTNERS LTD., JZCP REALTY FUND,
JORDAN/ZALAZNICK ADVISORS, INC., JZ 184-
204 BEDFORD LLC (*a/k/a* RS JZ BEDFORD-N6th
HOLDINGS, LLC); RED SKY JZ FULTON LLC
(*a/k/a* RED SKY JZ FULTON HOLDINGS, LLC);
RS JZ GREENPOINT LLC; JZ REIT
METROPOLITAN INVESTOR, LLC; *and* RS JZ
WYNWOOD HOLDINGS, LLC. *and* JOHN DOES I-
XXX,

                                     Defendants.

------------------------------------------------------------------- X

1:21-cv-8064-GHW

ORDER

GREGORY H. WOODS, District Judge:

Plaintiffs' January 5, 2022 request to adjourn the initial pre-trial conference currently scheduled for December 22, 2021, Dkt. No. 8, is granted. The initial pre-trial conference is adjourned to February 18, 2022 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 29, 2021 order, *see* Dkt. No. 5, are due no later than February 11, 2022.

Plaintiff is ordered to serve this order on Defendants and retain proof of service.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 8.

SO ORDERED.

Dated: January 5, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge