

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/10/2022
```

# MEMORANDUM ENDORSED

February 9, 2022

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Kirby, et al., v. Zalaznick, et al.,* **21 Civ. 8064 (GHW)**

Dear Judge Woods:

We represent plaintiffs in this matter and respectfully submit this letter to request that the Court adjourn the initial pretrial conference presently scheduled for February 18, 2022, at 4 p.m., and all other associated deadlines for approximately five weeks to a week other than March 21-25. This is the third request for an adjournment. The parties continue to be engaged in productive discussions to dispose of this matter in advance of the conference, but require additional time to continue them and do not want to burden the Court's time unnecessarily. The parties (copied below) jointly make this request and appreciate the Court's consideration.

/s/ John T. Zach
John T. Zach
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
jzach@bsfllp.com

Copy to:
Richard W. Slack
Weil, Gotshal & Manges LLP
(*via* ECF)

The parties' request for an adjournment of the initial pre-trial conference and associated deadlines is granted. The initial pre-trial conference currently scheduled for February 18, 2022 is adjourned to March 22, 2022 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's September 29, 2021 order are due no later than March 15, 2022.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 10.

SO ORDERED.

Dated: February 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge