MEMORANDUM ENDORSED
Case 1:21-cv-08064-GHW Document 14   Filed 03/15/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2022



March 14, 2022

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Kirby, et al., v. Zalaznick, et al.,* **21 Civ. 8064 (GHW)**

Dear Judge Woods:

      We represent plaintiffs in this matter and respectfully submit this letter to request that the Court adjourn the initial pretrial conference presently scheduled for March 21, 2022, at 2 p.m., and all other associated deadlines for approximately one week. As noted in the parties' letter dated February 9, 2022, the parties are unavailable for a conference on March 21, 2022. Specifically, the lead attorney for defendants will be out of the country the week of March 21, 2022. We appreciate the Court being receptive to the parties' continued attempt to resolve the case without the need to burden the Court. The parties continue to be engaged in productive discussions to dispose of this matter and hope to be able to conclude those discussions in advance of the conference. The parties (copied below) jointly make this request and appreciate the Court's continued consideration.

      /s/ John T. Zach
      John T. Zach
      Boies Schiller Flexner LLP
      55 Hudson Yards
      New York, New York, 10001
      jzach@bsfllp.com

Copy to:
Richard W. Slack
Weil, Gotshal & Manges LLP
(*via* ECF)

Plaintiffs' request for an adjournment of the initial pre-trial conference is granted. The initial pre-trial conference is adjourned to March 30, 2022 at 4:30 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: March 15, 2022
New York, New York

      _____
      GREGORY H. WOODS
      United States District Judge