USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
:
ROGER W. KIRBY, *individually, and as sole Trustee*; THE :
AUGUSTUS R. A. KIRBY 2020 REVOCABLE :
TRUST; *and* THE JANE A. KIRBY 2020 REVOCABLE :  1:21-cv-8064-GHW
TRUST, :
: ORDER
:
                Plaintiff(s), :
:
       -against- :
:
DAVID W. ZALAZNICK, *an individual*; JOHN W. :
"JAY" JORDAN II, *an individual*, JZ CAPITAL :
PARTNERS LTD., JZCP REALTY FUND, :
JORDAN/ZALAZNICK ADVISORS, INC., JZ 184- :
204 BEDFORD LLC (*a/k/a* RS JZ BEDFORD-N6th :
HOLDINGS, LLC); RED SKY JZ FULTON LLC :
(*a/k/a* RED SKY JZ FULTON HOLDINGS, LLC); :
RS JZ GREENPOINT LLC; JZ REIT :
METROPOLITAN INVESTOR, LLC; *and* RS JZ :
WYNWOOD HOLDINGS, LLC. *and* JOHN DOES I- :
XXX, :
:
                Defendants. :
:
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On March 15, 2022, the Court adjourned the pre-trial conference to March 30, 2022 at 4:30 p.m. The parties have not yet submitted the joint status letter or initial case management plan and proposed scheduling order that are due one week prior to that conference. The parties are ordered to submit those materials forthwith, and in any case, no later than March 28, 2022 at 5:00 p.m.

       Plaintiff is ordered to mail a copy of this order to all Defendants.

       SO ORDERED.

Dated: March 25, 2022
New York, New York
                                              _____
                                                 GREGORY H. WOODS
                                            United States District Judge