UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGER W. KIRBY, *individually, and as sole Trustee*; THE AUGUSTUS R. A. KIRBY 2020 REVOCABLE TRUST; and THE JANE A. KIRBY 2020 REVOCABLE TRUST,

                Plaintiffs,

-against-

DAVID W. ZALAZNICK, *an individual*; JOHN W. "JAY" JORDAN II, *an individual*, JZ CAPITAL PARTNERS LTD., JZCP REALTY FUND, JORDAN/ZALAZNICK ADVISORS, INC., JZ 184-204 BEDFORD LLC (a/k/a RS JZ BEDFORD-N6th HOLDINGS, LLC); RED SKY JZ FULTON LLC (a/k/a RED SKY JZ FULTON HOLDINGS, LLC); RS JZ GREENPOINT LLC; JZ REIT METROPOLITAN INVESTOR, LLC; and RS JZ WYNWOOD HOLDINGS, LLC. and JOHN DOES I-XXX

                Defendants.

1:21-cv-08064-GHW

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(i)</u>

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Roger W. Kirby, The Augustus R. A. Kirby 2020 Revocable Trust and The Jane A. Kirby 2020 Revocable Trust, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants David W. Zalaznick, John W. Jay Jordan, JZ Capital Partners Ltd., JZCP Realty Fund, Jordan/Zalaznick Advisors, Inc., JZ 184-204 Bedford LLC, Red Sky JZ Fulton LLC, RS JZ Greenpoint LLC, JZ Reit Metropolitan Investor, LLC, RS JZ Wynwood Holdings, LLC and John Does I-XXX.

1

Dated: New York, New York
May 2, 2022

                                Respectfully Submitted,

                                BOIES SCHILLER FLEXNER LLP

By:   */s/ John T. Zach*
       John T. Zach
       BOIES SCHILLER FLEXNER LLP
       55 Hudson Yards
       New York, New York 10001
       Telephone: (212) 446-2300
       Facsimile: (212) 446-2350
       E-mail: jzach@bsfllp.com